No. 09-6732. Noris G. Rogers, Petitioner v. KBR Technical Services, Inc.

559 U.S. 941, 130 S. Ct. 1502, 176 L. Ed. 2d 118, 2010 U.S. LEXIS 1366.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 328 Fed. Appx. 967.

No. 09-6832. Larry Jongewaard, Petitioner v. United States.

559 U.S. 941, 130 S. Ct. 1502, 176 L. Ed. 2d 118, 2010 U.S. LEXIS 1330.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 567 F.3d 336.

No. 09-6915. Dupre Falls, Petitioner v. United States.

559 U.S. 941, 130 S. Ct. 1503, 176 L. Ed. 2d 118, 2010 U.S. LEXIS 1218.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 323 Fed. Appx. 836.

No. 09-6928. Barry Lane Anderson, Petitioner v. California.

559 U.S. 941, 130 S. Ct. 1503, 176 L. Ed. 2d 118, 2010 U.S. LEXIS 1237.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 47 Cal. 4th 92, 97 Cal. Rptr. 3d 77, 211 P.3d 584.

No. 09-7019. Janice Grant, Petitioner v. United States.

559 U.S. 941, 130 S. Ct. 1504, 176 L. Ed. 2d 118, 2010 U.S. LEXIS 1336.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 563 F.3d 385.

No. 09-7066. Ramiro F. Gonzales, Petitioner v. Texas.

559 U.S. 942, 130 S. Ct. 1504, 176 L. Ed. 2d 118, 2010 U.S. LEXIS 1485.

February 22, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

No. 09-7257. Billy R. Irick, Petitioner v. Ricky Bell, Warden.

559 U.S. 942, 130 S. Ct. 1504, 176 L. Ed. 2d 118, 2010 U.S. LEXIS 1279,

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 565 F.3d 315.

No. 09-7370. Clemente Javier Aguire-Jarquin, Petitioner v. Florida.

559 U.S. 942, 130 S. Ct. 1505, 176 L. Ed. 2d 118, 2010 U.S. LEXIS 1229.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 9 So. 3d 593.

No. 09-7446. Nathaniel Woods, Petitioner v. Alabama.

559 U.S. 942, 130 S. Ct. 1505, 176 L. Ed. 2d 118, 2010 U.S. LEXIS 1492.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of Alabama denied.